IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.   CASE NO. 1:08-cr-00012-MP-AK

AMANDA YVONNE WHITE and
EMMA MARIE MENA,

    Defendants.
_____/

## **O R D E R**

This matter is before the Court on Docs. 92 and 93, Motions to Provide Travel and Subsistence Expenses for Ms. White and Ms. Mena. Pursuant to 18 U.S.C. § 4285, the Court finds that the interests of justice would be served by furnishing travel expenses and subsistence expenses to Ms. Mena and Ms. White for the purposes of traveling to Gainesville to meet with their attorney and to appear in Court. Additionally, the Court finds that the defendants are financially unable to provide the necessary transportation to appear before the required court on their own.

Accordingly, the Court hereby directs the U.S. Marshal to arrange and pay for, in advance, Ms. Mena's flight from Phoenix, AZ, on March 18, 2009, and return flight on March 20, 2009. Ms. Mena will be available for travel no earlier than 11:30 a.m. on March 20, 2009. The U.S. Marshal shall also furnish Ms. Mena, in advance, with an amount of money for subsistence expenses, not to exceed the amount authorized as a per diem allowance for travel under Section 5702 (a) of Title 5, United States Code. Ms. Mena is directed to call the U.S. Marshal in Phoenix, AZ to make arraignments to pick up her per diem check and fill out some paperwork.

With regard to Ms. White, the U.S. Marshall shall, in its discretion, determine the most feasible method of transporting Ms. White from Gainesville, GA, to Gainesville, FL.  If the U.S. Marshal determines that Ms. White should travel by automobile, then the U.S. Marshal shall furnish to Ms. White, in advance, the costs of traveling via automobile back and forth to Gainesville, FL.  If the U.S. Marshall determines that Ms. White should travel by airplane, then the U.S. Marshal shall arrange and pay for, in advance, Ms. White's flight.  Ms. White will depart home on March 18, 2009, arriving in Gainesville, FL, on the same day.   She will return to Gainesville, GA, on March 20, 2009, after her court appearance.  She will be available for travel no earlier than 11:30 a.m. on March 20, 2009.  The U.S. Marshal shall also furnish Ms. White, in advance, with an amount of money for subsistence expenses, not to exceed the amount authorized as a per diem allowance for travel under Section 5702 (a) of Title 5, United States Code.  Ms. White is directed to contact the U.S. Marshal in Gainesville, GA, to arrange for picking up her per diam check and fill out some paperwork.  If Ms. White is traveling by automobile, she should also pick up her mileage checks.

All the above expenses shall be paid by the Marshal out of funds authorized by the Attorney General for such expenses.

**DONE AND ORDERED** this   *9th* day of March, 2009

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge