IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO.: 1:08cr12-MMP/AK

AMANDA YVONNE WHITE,

    Defendant.
_____/

**ACCEPTANCE OF GUILTY PLEA**

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, and subject to the Court's consideration of any Plea Agreement pursuant to Fed. R. Crim. P. 11(e)(2), the plea of guilty of the defendant, AMANDA YVONNE WHITE, to Count One of the Indictment is hereby **ACCEPTED**. All parties shall appear before this Court for sentencing as directed.

DONE AND ORDERED this 27th day of March, 2009.

    *s/ Maurice M. Paul*
    Maurice M. Paul
    Senior District Judge