IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:08-cr-00012-MP-AK

AMANDA YVONNE WHITE,

    Defendant.

_____/

# O R D E R

This matter is before the Court on Doc. 131, Motion to Clarify Conditions of Pretrial Release, filed by Amanda Yvonne White. The probation officer supervising Ms. White seeks clarification whether she can authorize an extension of curfew for Ms. White in order for Ms. White to attend church services and Cub Scout meetings which might require her to return to her home after 8:00 p.m. The government and the probation officer do not object to the motion. Accordingly it is hereby

**ORDERED AND ADJUDGED:**

The probation officer supervising Ms. White is authorized, at his/her discretion, to extend Ms. White's curfew for the purposes described in the motion at Doc. 131. All other terms and conditions of release remain in full force and effect.

**DONE AND ORDERED** this _1st_ day of April, 2009

                *s/Maurice M. Paul*
           Maurice M. Paul, Senior District Judge