IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:08-cr-00012-MP-AK

AMANDA YVONNE WHITE,

   Defendant.
_____/

## **O R D E R**

This matter is before the Court on Doc. 151, a motion to modify Ms. White's conditions of release. The government and the probation office consent to the requested modifications. The motion is granted. The condition of a curfew is lifted and defendant is no longer subject to electronic monitoring.

All other conditions of release remain in full force and effect.

**DONE AND ORDERED** this  6th  day of May, 2009

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge