IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:08-cr-00012-MP-AK

AMANDA YVONNE WHITE,

    Defendant.
_____/

## O R D E R

This matter is before the Court on Defendant's oral motion to continue her sentencing and hearing on the petition alleging violation of supervised release. The government does not oppose the continuance. The motion is granted, and the sentencing and the hearing on the violation petition are continued and reset for Thursday, October 1, 2009 at 10:00 a.m.

**DONE AND ORDERED** this _9th_ day of June, 2009

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge