IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: 1:08CR12-MP-AK

VS.

COX, ET AL

    Defendants
_____/

## ORDER OF REASSIGNMENT

To effect the timely and efficient handling of issues related to Case No.: 1:08cr12-MP, this case is hereby reassigned to the Honorable M. Casey Rodgers for all purposes, it is ORDERED:

The Clerk shall reassign Case No.: 1:08cr12-MP to the Honorable M. Casey Rodgers.

SO ORDERED this 8TH day of October, 2009.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    Chief United States District Judge